Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−20241−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   D. Abbi Shabazz
   aka Darrell Ray Toler, aka A. Abbi
   Toler−Shabazz
   106−108 Eastern Parkway
   Newark, NJ 07103

Social Security No.:
   xxx−xx−6108

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 11, 2019</u>                 <u>Stacey L. Meisel</u>
                                             Judge, United States Bankruptcy Court